UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 11-cr-60285-RSR

**UNITED STATES OF AMERICA**,

    Plaintiff,

vs.

**TERRANCE BROWN**,

    Defendant.
_____/

**REPLY TO GOVERNMENT'S RESPONSE (DE 833)
TO DEFENDANT'S MOTION TO COMPEL (DE 778)**

Terrence Brown, by and through undersigned counsel, files this Reply to the Government's Response (DE 833) to his Motion to Compel (DE 778), and states:

The government has represented to this Court that any records in its possession related to (786) 307-4240, for July of 2010, do not contain cell site location data. Given the government's representation, Mr. Brown concedes that the records will not assist him in establishing his innocence. Mr. Brown therefore withdraws his requests for: (1) production of the records pursuant to Rule 16 of the Federal Rules of Criminal Procedure; (2) production of the records pursuant to *Brady v. Maryland*, 373 U.S. 83 (1963); and, (3) the issuance of a Rule 17 Subpoena to the NSA.

In light of the government's representations, Mr. Brown also withdraws his CIPA § 5 Notice (DE 779) because it appears that any records in the possession of the NSA would not be relevant to the issues pending before this Court.

Mr. Brown does not oppose the government's request for a protective order to the extent such an order covers documents filed with the Court pursuant to CIPA. However, to the extent

that the government's request can be read to request sealing of the redacted response filed in the open record (DE 833), Mr. Brown would oppose such relief.

Respectfully Submitted,

s/ Marshall Dore Louis
Marshall Dore Louis
Florida Bar No. 512680
SINCLAIR, LOUIS, HEATH,
NUSSBAUM & ZAVERTNIK, P.A.
Alfred I. duPont Building
169 East Flagler Street, Suite 1125
Miami, FL 33131
TEL: (305) 374-0544
FAX: (305) 381-6869
E-MAIL: mdl@sinclairlouis.com

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on June 20, 2013 I filed the foregoing document with the Clerk of the Court. I also certify that the foregoing document is being served this day on all counsel of record identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notice of Electronic Filing.

s/ Marshall Dore Louis
Marshall Dore Louis
Florida Bar No. 512680
SINCLAIR, LOUIS, HEATH,
NUSSBAUM & ZAVERTNIK, P.A.
Alfred I. duPont Building
169 East Flagler Street, Suite 1125
Miami, FL 33131
TEL: (305) 374-0544
FAX: (305) 381-6869
E-MAIL: mdl@sinclairlouis.com

## SERVICE LIST

**Michael E. Gilfarb**
**Mark Dispoto**
**Michael Garrett Walleisa**
99 Northeast 4th Street
Miami, Florida 33132-2111
Facsimile: 305-536-4676
Email: michael.gilfarb@usdoj.gov
Email: mark.dispoto@usdoj.gov
Email: michael.walleisa@usdoj.gov
(Via CM/ECF Electronic Notification)

*Attorneys for the United States of America*

**Gennaro Cariglio, Jr.**
10800 Biscayne Boulevard
Suite 900
Miami, FL 33161-7400
305-899-0438
Fax: 891-2297
Email: Sobeachlaw@aol.com
(Via CM/ECF Electronic Notification)

*Attorney for Toriano Johnson*

**Martin L. Roth**
101 N.E. Third Avenue
Suite 1430
Fort Lauderdale, FL 33301
954-745-7697
Fax: 745-7698
Email: MLRPA@msn.com
(Via CM/ECF Electronic Notification)

*Attorney for Daryl Davis*

**Marc David Seitles**
Courthouse Center
40 N.W. 3rd Street
Penthouse One
Miami, FL 33128
305-403-8070
Fax: 305-403-8210
Email: mseitles@seitleslaw.com
(Via CM/ECF Electronic Notification)

*Attorney for Hassam Williams*

**David Jonathon Joffe**
One East Broward Boulevard
Suite 700
Fort Lauderdale, FL 33301
954-723-0007
Fax: 723-0033
Email: DavidJJoffe@aol.com
(Via CM/ECF Electronic Notification)

*Attorney for Joseph K. Simmons*