UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 11-cr-60285-RSR

**UNITED STATES OF AMERICA**,

    Plaintiff,

vs.

**TERRANCE BROWN**,

    Defendant.
_____/

## TERRANCE BROWN'S NOTICE OF ALIBI

Terrance Brown, by and through undersigned counsel, pursuant to Federal Rule of Criminal Procedure 12.1, hereby gives notice of his alibi:

(A) each specific place where the defendant claims to have been at the time of the alleged offense.

October 1, 2010 at approximately 12:00 p.m., Mr. Brown was working at Mazie's Grub Spot.

September 17, 2010 at approximately 12:00 p.m., Mr. Brown was working at Mazie's Grub Spot.

(B) the name, address, and telephone number of each alibi witness on whom the defendant intends to rely:

1) Vesta Murat
   Is represented by and can be reached through attorney Yoel Molina. The FBI is in possession of her address and phone number.

2) Laquisha Dansby
   Is represented by and can be reached through attorney Michael Becker. The FBI is in possession of her address and phone number.

3) Krystal Burns
   No address or phone number is known for Krystal Burns – it is believed she was interviewed by the FBI.

SINCLAIR, LOUIS, HEATH, NUSSBAUM & ZAVERTNIK, P.A.

4) Jay Bo (l/n/u)

   No address or phone number is known for Jay Bo – it is believed he was interviewed by the FBI.

5) Tina (l/n/u)

   No address or phone number is known for Tina – it is believe she was interviewed by the FBI.

6) Custodian of Records for Mazie's Grub Spot

          Respectfully Submitted,

          s/ Marshall Dore Louis
          **Marshall Dore Louis**
          Florida Bar No. 512680
          SINCLAIR, LOUIS, HEATH,
          NUSSBAUM & ZAVERTNIK, P.A.
          Alfred I. duPont Building
          169 East Flagler Street, Suite 1125
          Miami, FL 33131
          TEL: (305) 374-0544
          FAX: (305) 381-6869
          E-MAIL: mdl@sinclairlouis.com

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on December 20, 2013, I filed the foregoing document with the Clerk of the Court.  I also certify that the foregoing document is being served this day on all counsel of record identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notice of Electronic Filing.

                                              s/ Marshall Dore Louis
                                              Marshall Dore Louis
Florida Bar No. 512680
SINCLAIR, LOUIS, HEATH,
NUSSBAUM & ZAVERTNIK, P.A.
Alfred I. duPont Building
169 East Flagler Street, Suite 1125
Miami, FL 33131
TEL: (305) 374-0544
FAX: (305) 381-6869
E-MAIL: mdl@sinclairlouis.com

## SERVICE LIST

**Michael E. Gilfarb**
**Mark Dispoto**
99 Northeast 4th Street
Miami, Florida 33132-2111
Facsimile: 305-536-4676
Email: michael.gilfarb@usdoj.gov
Email: mark.dispoto@usdoj.gov
(Via CM/ECF Electronic Notification)

*Attorneys for the United States of America*